UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 02-179 |
| ) | |
| vs. ) | Electronically Filed |
| ) | |
| TERRANCE L. SZYMANSKI, ) | |
| ) | |
| Defendant. ) | The Honorable Gary L. Lancaster |

**ORDER OF COURT**

**AND NOW**, to-wit this 3rd day of November, 2006, upon consideration of Defendant's Petition for Termination of Supervised Release, it is hereby **ORDERED, ADJUDGED and DECREED** that the Petition is granted and that Defendant Terrance L. Szymanski is hereby discharged from supervised release forthwith.

_____ J.
The Honorable Gary L. Lancaster,
U.S. District Court Judge

cc: All Counsel
US Marshal
US Probation